**Affirmed and Memorandum Opinion filed June 9, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00650-CR

**JOSEPH TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1670912**

## MEMORANDUM OPINION

Appellant appeals his conviction for arson pursuant to Texas Penal Code § 28.02(a)(2)(A). Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). Appellant also requested a copy of the record, and this court ordered the trial court clerk to furnish the record to appellant. The trial court clerk certified that appellant was provided a copy of the record on March 9, 2022. Appellant was further ordered to file a pro se brief by April 25, 2022. As of the date of this order, no pro se brief has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

The judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Wise and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).